IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 2020-36 |
| vs. ) | |
| ) | |
| SHEMELLE ISAAC ) | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The defendant, by consent, appeared before me on July 14, 2022, pursuant to Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and has entered a plea of guilty to Count Five of the Superseding Indictment, a violation of Title 18, United States Code, Sections 3 and 924(c).

After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly and voluntarily, and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Dated: July 14, 2022

_____
**RUTH MILLER**
United States Magistrate Judge

**NOTICE**

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCi. 72.3, 72.4.